UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WESLEY WILEY,<br><br>        Petitioner,<br><br>   v.<br><br>LUIS MARTINEZ, Warden,<br><br>        Respondent. | No.  EDCV 23-1463-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation.  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) The Petition for Writ of Habeas Corpus is denied; and

(2) Petitioner's motion for release from custody and all pending motions are denied.

IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 5, 2024

_____
GEORGE H WU
United States District Judge