JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON WESLEY WILEY, | ) | NO. EDCV 23-1463-GW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LUIS MARTINEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: March 5, 2024

_____
GEORGE H WU
United States District Judge